UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re: Manoj Aggarwal
Anu Aggarwal

DEBTOR NAME(S) Case No. 13-15747-BFK

Debtor.

ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that Janet M. Meiburger, Trustee, has reduced the property and effects of the estate to cash; that the Trustee has made distribution thereof and has rendered a full and complete account thereof, and that said Trustee has performed all other and further duties required in the administration of said estate; and upon Application of the said Trustee, and the review by the United States Trustee, and it further appearing to the Court that nothing further remains to be done in this matter

It is ORDERED that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged and relieved of the trust.

WILLIAM C. REDDEN
CLERK OF COURT

Date: Aug 27 2015

By: /s/ Anthony L. Shepherd
Deputy Clerk

NOTICE OF JUDGMENT ORDER
ENTERED ON DOCKET:
Aug 27 2015